EAST BATON ROUGE PARISH   C-716834
Filed Mar 15, 2022 3:42 PM           25
Deputy Clerk of Court
E-File Received Mar 15, 2022 3:37 PM

| | |
|---|---|
| **GERALD COLE** | NUMBER: _____ DIVISION: _____ |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **GREAT WEST CASUALTY COMPANY, SCOTT JULIUS, JULIUS TRUCKING, GOAUTO INSURANCE COMPANY AND GEORGE COLE** | **PARISH OF EAST BATON ROUGE** <br><br> **STATE OF LOUISIANA** |

## PETITION FOR DAMAGES

The petition of Gerald Cole, a person of the full age of majority and a resident of the State of Louisiana, respectfully represents that:

1.

The following are named as defendants:

Great West Casualty Company, a foreign insurer authorized to do and doing business in the State of Louisiana.

Scott Julius, a person of the full age of majority and a resident of the State of South Dakota.

Julius Trucking, a foreign insurer authorized to do and doing business in the State of Louisiana.

GoAuto Insurance Company, a domestic insurer doing business in the State of Louisiana.

George Cole, a person of the full age of majority and a resident of the State of Louisiana.

2.

At all times herein there existed a valid and outstanding policy of insurance issued by defendant Great West Casualty Company, issued to Julius Trucking in favor of Scott Julius, defendant named herein. As a consequence of the events set forth below, petitioner has a direct right of action under the Louisiana Revised Statutes, as amended, against Great West Casualty Company.

3.

At the time of the accident herein, Scott Julius was operating within the scope and course of his employment with Julius Trucking. As a consequence of Scott Julius' negligence, Julius Trucking, is responsible for the resulting damages under the doctrine of *Respondeat Superior*.

4.

At all times herein there existed a valid and outstanding policy of insurance issued by defendant GoAuto Insurance Company, issued to George Cole, defendant named herein. As a

Certified True and Correct Copy
CertID: 2022031700944

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/17/2022 3:45 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

consequence of the events set forth below, petitioner has a direct right of action under the Louisiana Revised Statutes, as amended, against GoAuto Insurance Company.

5.

On or about March 19, 2021, plaintiff, Gerald Cole, was a guest passenger of a 2003 GMC Yukon driven by George Cole and owned Pamala Anderson westbound on Interstate 110 in Baton Rouge when Scott Julius, who owned and was operating a 2013 International Semi Truck with a 2015 Mac Flat westbound on Interstate 110 merged into the lane of the Yukon, hitting the Yukon causing injuries to Gerald Cole.

6.

Defendant, Scott Julius, is negligent in one or more of the following nonexclusive respects:

1. Careless operation a vehicle;
2. Following too closely;
3. Failure to maintain proper lookout;
4. Failure to yield;
5. Failure to maintain control of his vehicle;
6. Any and all other acts of negligence which may be found at trial, all of which acts of negligence are in violation of the traffic ordinances of the City of Baton Rouge, the Parish of East Baton Rouge and the laws of the State of Louisiana, which are pleaded herein as if copied in extenso.

7.

Defendant, Julius Trucking, is negligent in one or more of the following nonexclusive respects:

1. Negligent entrustment of vehicle to Scott Julius;
2. Negligent hiring of Scott Julius;
3. Negligent training of Scott Julius;
4. Negligent supervision of Scott Julius;
5. Negligent retention of employment of Scott Julius;
6. Any and all other acts of negligence which may be found at trial.

Certified True and Correct Copy
CertID: 2022031700944
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
3/17/2022 3:45 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

Defendant, Scott Julius, alleges that the collision described above was caused solely and proximately by and/or in addition to the fault of George Cole, by the recklessness, carelessness, negligence and fault of George Cole who caused a sudden emergency for Scott Julius.

9.

Defendant, George Cole, is negligent in one or more of the following nonexclusive respects:

1. Operating his vehicle in a wanton and reckless manner without regard for the rights and safety of others;
2. Following too closely;
3. Failure to maintain proper lookout;
4. Failure to yield;
5. Failure to maintain control of his vehicle;
6. Any and all other acts of negligence which may be found at trial, all of which acts of negligence are in violation of the traffic ordinances of the City of Baton Rouge, the Parish of East Baton Rouge and the laws of the State of Louisiana, which are pleaded herein as if copied in extenso.

10.

As a result of the above-described accident, plaintiff, Gerald Cole, has sustained the following non-exclusive elements of damage:

1. Physical pain and suffering – past, present and future;
2. Mental pain, anguish and distress – past, present and future;
3. Medical expenses – past, present and future;
4. Loss of enjoyment of life – past, present and future;
5. Disability – past, present and future;
6. Impairment of earning capacity – past, present and future;
7. Lost wages – past, present and future;
8. Property damages and loss of use; and
9. Any and all other damages which shall be proven at trial of this matter.

Certified True and Correct Copy
CertID: 2022031700944

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/17/2022 3:45 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

11.

Plaintiff, Gerald Cole, asks for reasonable damages to be determined by this Honorable Court, plus all special damages.

**WHEREFORE, PETITIONER PRAYS** for the following:

1. For judgment in favor of Gerald Cole, and against the defendants, Great West Casualty Company, Scott Julius, Julius Trucking, GoAuto Insurance Company and George Cole jointly, severally and in solido, in an amount to be determined by this Honorable Court, with interest from the date of judicial demand, and for costs and expert fees.

2. For all general and equitable relief.

RESPECTFULLY SUBMITTED:

CUNARD LAW FIRM, LLC

BY: _____
REBECCA A. CUNARD
LA. BAR ROLL No.: 20154
9214 INTERLINE AVENUE
BATON ROUGE, LOUISIANA 70809-1907
TELEPHONE: (225) 925-2978
FACSIMILE: (225) 925-8192
EMAIL: Rebecca@CunardLaw.com

PLEASE SERVE:

Great West Casualty Company
Through its registered agent for service of process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Scott Julius
Via Long Arm Statue
13409 Valley Township Rd.
Vale, SD 57788

Julius Trucking
Via Long Arm Statue
13409 Valley Township Rd.
Vale, SD 57788

GoAuto Insurance Company
Through its registered agent for service of process:
Gregory Tramontin
533 Highlandia Dr., Suite A
Baton Rouge, LA 70810

George Cole
58135 Homestead Dr.
Plaquemine, LA 70764

Certified True and Correct Copy
CertID: 2022031700944

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/17/2022 3:45 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).